UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 8:09-cr-376-T-33TGW |
| KENNETH OLMSTED, | : |
| Defendant, | : |
| and | : |
| STATE STREET BANK AND TRUST COMPANY | : |
| Garnishee. | : |

## ORDER TERMINATING GARNISHMENT

THIS CAUSE came on for consideration upon the United States of America's Motion to Terminate Writ of Garnishment directed to State Street Bank and Trust Company.  The Court, having reviewed the Motion and the record, finds that termination of the garnishment is in all respects proper.

Accordingly, it is

ORDERED, ADJUDGED, AND DECREED that the United States of America's Motion to Terminate Writ of Garnishment is granted.   It is further

ORDERED, ADJUDGED, AND DECREED that the Writ of Garnishment directed to State Street Bank and Trust Company, is hereby terminated and is of no further legal consequence.

DONE and ORDERED in Chambers in Tampa, Florida, this <u>9th</u> day of June, 2016.

                                              VIRGINIA M. HERNANDEZ COVINGTON
                                              UNITED STATES DISTRICT JUDGE